**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: January 28, 2014**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 10-61720 |
| Kimberly A. Triplett, | : | Chapter 13 |
| Debtor | : | Judge John E. Hoffman, Jr. |

**AGREED ORDER ON TRUSTEE'S MOTION TO DISMISS (Doc. 36)**

This cause is set for hearing on February 4, 2014 on the Trustee's Motion to Dismiss this Chapter 13 Case (Doc. 36) and the response thereto (Doc. 38) filed by Debtor(s).  Upon the agreement of the parties, the Chapter 13 Trustee's Motion to Dismiss shall be held in abeyance to provide Debtor(s) the opportunity to perform under the confirmed Chapter 13 Plan (the "Plan").

Debtor(s) shall resume full and regular payments into the Plan.  Debtor(s) shall also cure the length problem in the Plan, if any, within sixty (60) days of the date of this Order by filing such pleadings as may be necessary, e.g. a motion to modify the Plan or objections to claims.

If the Debtor(s) become more than thirty (30) days in default on any subsequent Plan payment, or if the Debtor(s) fail to correct the length problem within sixty (60) days, the Trustee shall be authorized to submit to the Court an order of dismissal with an attached affidavit attesting to the default under this Agreed Order. Upon submission of the Trustee's proposed order of dismissal and affidavit of default, the Motion to Dismiss will be granted instanter without further notice or hearing.

**IT IS SO ORDERED.**

Approved:

/s/ Brian D. Wood (via email consent)
Brian D. Wood (0075190)
W. Mark Jump (0062837)
Jump Legal Group, LLC
2130 Arlington Avenue
Columbus, OH 43221
Counsel for Debtor(s)
(614) 481-4480

/s/ Jeffrey P. Norman
Jeffrey P. Norman (SBOT# 15080700)
Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215
614-420-2555 telephone
614-420-2550 facsimile
jeff.norman@ch13columbus.com


Copies to: Default List

###