# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| In re: | Case No. 10-61720 |
|---|---|
| KIMBERLY A TRIPLETT | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT
## ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

Jeffery P. Norman, former Trustee for the period from the petition date through August 8, 2014 and Faye D. English, successor Trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $27,840.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$27,840.00** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,715.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,134.67 | |
| Other | $5.55 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,855.22** |

Attorney fees paid and disclosed by debtor:    $325.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1ST FINANCIAL BANK | Unsecured | 1,592.65 | 0.00 | 1,592.65 | 243.19 | 0.00 |
| BANK OF AMERICA | Unsecured | 2,820.31 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 261.03 | NA | NA | 0.00 | 0.00 |
| Cigna Healthcare | Unsecured | 140.30 | NA | NA | 0.00 | 0.00 |
| Computer Collections, Inc. | Unsecured | 15.60 | NA | NA | 0.00 | 0.00 |
| ER Solutions | Unsecured | 637.86 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| First North America National Bank | Unsecured | 411.88 | NA | NA | 0.00 | 0.00 |
| GEORGIA CHECK RECOVERY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Goggins & Lavintman | Unsecured | 303.58 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING | Secured | NA | 0.00 | 7,538.94 | 7,538.94 | 0.00 |
| LITTON LOAN SERVICING | Secured | NA | 0.00 | 264.40 | 264.40 | 0.00 |
| Meijer Inc. | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 221.20 | NA | NA | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL STATE C | Unsecured | NA | 0.00 | 12,791.97 | 2,055.61 | 0.00 |
| Ohio State Medical Center | Unsecured | 247.43 | NA | NA | 0.00 | 0.00 |
| Pediatric Academic Assoc. | Unsecured | 244.94 | NA | NA | 0.00 | 0.00 |
| Progressive Insurance Co. | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS | Unsecured | NA | 0.00 | 69,440.04 | 11,158.69 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 364.84 | NA | NA | 0.00 | 0.00 |
| Scotts Lawn Service | Unsecured | 168.32 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL DISTRIBUTION | Unsecured | NA | 0.00 | 880.61 | 134.47 | 0.00 |
| TELHIO CREDIT UNION | Unsecured | NA | 0.00 | 5,095.66 | 818.84 | 0.00 |
| The Ohio State University Hospital | Unsecured | 147.72 | NA | NA | 0.00 | 0.00 |
| USCB | Unsecured | 1,805.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 1,503.89 | NA | NA | 0.00 | 0.00 |
| Wachovia | Unsecured | 23,834.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $264.40 | $264.40 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $7,538.94 | $7,538.94 | $0.00 |
| **TOTAL SECURED:** | **$7,803.34** | **$7,803.34** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$89,800.93** | **$14,410.80** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,855.22 |
| Disbursements to Creditors | $22,214.14 |
| **TOTAL DISBURSEMENTS:** | **$27,069.36** |

**BALANCE TRANSFERRED TO SUCCESSOR TRUSTEE $770.64**

Dated: 08/09/2014

| | |
|---|---|
| /s/ Jeffery P. Norman | /s/ Faye D. English |
| Chapter 13 Former Trustee | Chapter 13 Successor Trustee |
| One Columbus | One Columbus |
| 10 West Broad St., Suite 900 | 10 West Broad St., Suite 900 |
| Columbus, Ohio  43215-3449 | Columbus, Ohio  43215-3449 |
| (614) 420-2555 | (614) 420-2555 |
| jeff.norman@ch13columbus.com | faye.english@ch13columbus.com |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>KIMBERLY A TRIPLETT<br><br><br>Debtor(s) | Case No. 10-61720<br><br>Chapter 13<br><br>Judge John E. Hoffman Jr. |

### CERTIFICATE OF SERVICE

I hereby certify that on <u>August 09, 2014</u>, a copy of the foregoing Notice of Designation of Chapter 13 Standing Trustee and Transfer of Case to Successor Trustee was served on the following registered ECF particiapnts, **electronically** through the court's ECF system at the email address registered with the court:

US Trustee
Faye D. English
W MARK JUMP ESQ

and on the following by **ordinary U.S. Mail** addressed to:

KIMBERLY A TRIPLETT
5376 WELLSTON CT
DUBLIN, OH,    43017


/s/ Faye D. English
Faye D. English
Chapter 13 Trustee